IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SUSAN DAVENPORT, et al.**                                          **PLAINTIFFS**

**v.**                        **No. 4:21-cv-879 JM**

**CITY OF LITTLE ROCK, et al.**                                     **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered on this day, this case is dismissed with prejudice. All relief sought is denied, and the case is closed.

Dated this 11th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE